IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  23-cr-129 PJS/TNL |
| | ) | Date:  April 21, 2023 |
| Stephen Shepherd III, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  9E |
| Defendant, | ) | Time Commenced:  1:46 p.m. |
| | ) | Time Concluded:  1:49 p.m. |
| | | Time in Court:  3 minutes |

APPEARANCES:

Plaintiff: Matthew Forbes, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
     X FPD          X To be appointed

Date Charges Filed: 4/13/2023          Offense: possession with intent to distribute fentanyl; carrying a firearm during and in relation to a drug trafficking crime; felon in possession of a firearm

X Advised of Rights

on     X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Tuesday, April 25, 2023 at 11:00 a.m. before U.S. Magistrate Judge Elizabeth Cowan Wright, CR 3C STP for:
   X Detention hrg     X Arraignment hrg

X Government moves to unseal the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                    s/jam
                                                        Signature of Courtroom Deputy