## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-129 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen Shepherd, III, | |
| Defendant. | |

This matter comes before the Court on Defendant Stephen Shepherd, III's Motion for Extension of Deadlines. ECF No. 21. Defendant also filed a Statement of Facts in Support of Extension ("Statement of Facts"). ECF No. 22.

Defendant requests a two-week extension of the deadline to file motions and a corresponding extension of the other deadlines in this case. ECF No. 21 at 1. Defendant contends that due to transfer and mail delays, he needs additional time to review discovery, discuss his options with his counsel, and prepare motions if appropriate. *Id*. In email correspondence, the Government states that it has no objection to Defendant's request. In his Statement of Facts, Defendant requests that this period of time be excluded from computation under the Speedy Trial Act. ECF No. 22.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial, and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Extension of Deadlines, ECF No. 21, is **GRANTED**.

2. The period of time from **May 15 through May 30, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **May 30, 2023.** D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel shall electronically file a letter on or before May 30, 2023, if no motions will be filed and there is no need for a hearing.**

5. All responses to motions shall be filed by **June 13, 2023**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **June 13, 2023**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **June 16, 2023**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or

response pleadings.

9. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **June 27, 2023, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.  D. Minn. LR 12.1(d).

10. **TRIAL:**

   a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

   Trial briefs, voir dire questions, proposed jury instructions, and trial-related motions (including motions in limine) must be submitted to Chief Judge Schiltz's chambers on *a date to be determined*.  Responses to trial-related motions (including motions in limine) must be submitted by *a date to be determined.*

   A pretrial conference will be held on *a date to be determined* in Courtroom 15, Minneapolis, before Chief Judge Patrick J. Schiltz.  The Government must submit its lists of prospective witnesses and prospective exhibits at this conference.

   This case must commence trial on *a date to be determined* before Chief Judge Patrick J. Schiltz in Courtroom 15, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

[Continued on next page.]

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief District Judge Schiltz to confirm the new trial date.**

Dated: May   24  , 2023                 *s/Tony N. Leung*
                                                         Tony N. Leung
                                                         United States Magistrate Judge
                                                         District of Minnesota

                                                         *United States v. Shepherd*
                                                         Case No. 23-cr-129 (PJS/TNL)