To:
Judge Patrick J. Schiltz
United States District Court
300 South 4th Street
Minneapolis, MN

From:
Stephen Shepherd Jr
2337 Riverpointe Lane
Minneapolis, MN. 55411


Judge Patrick J. Schiltz,

My name is Stephen Shepherd Jr. I am the father of Stephen Shepherd III. I am also an educator of 30 years, follower of Christ, and husband. What do I say? I am going to be short and candid. Stephen is my son and I love him. Stephen is a father who absolutely loves his children. He has a great heart and wants to save the world. He is not the crimes he is being sentenced for. I am hoping and asking for grace in form of leniency.

Stephen was on a new path, made a choice that was a bad idea, and the choice is not his chosen way of life. I know that because I have started a trucking business and he was going to be my partner. He was excited about the business the ideas and had already started thinking of ways he could help youth in the community by providing training and jobs. Stephen was introduced to a viable choice which is important when released from prison. Since his previous release, we were repairing and restoring our relationship. We were engaging more due to his life changes whereas, previous years was very distant due to the same reason. He really made a change, and it is good to be engaging with him again. Please know, I love my son but will not codify wrong as such, I understand there must be consequences however, incarceration let alone long-term incarceration is not the answer.

I will end by saying that it's not a matter of if he deserves leniency, leniency would be well served. I employ you to please give him the minimum amount of time allowed within your discretion. Thank you in advance and God bless you.

Respectfully,

Stephen Shepherd - Paradigm Shift Solutions, Lead Consultant
shepherd@pss.today
612.730.0815
www.pss.today