

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
| --- | --- | --- | --- |
| 85 | 73 | 12 | 19 |

## 19 Courses completed

| Course name | Overview | Time | Completed |
| --- | --- | --- | --- |
| Preparing for Success After Prison (PSAP) Program | This transformative course led by Michael Santos, a formerly incarcerated individual, emphasizes the importance of preparing for success, setting SMART goals and developing cognitive & social skills. | 17 hr 50 min | Oct 29, 2023 |
| Michael G. Santos: Straight-A Guide | Acquire essential knowledge and skills from Michael G. Santos, a former prisoner who transformed his life through education and personal growth, empowering you to pursue a law-abiding future. | 12 hr 52 min | Oct 18, 2023 |
| Beyond Prison, Probation, and Parole | Find hope and inspiration in real-life stories. Discover strategies for overcoming challenges post-incarceration. Refuse to let the past define a brighter future. | 6 hr 28 min | Oct 22, 2023 |
| Black History, Black Freedom, and Black Love Lessons from Influential Black Voices Part 1 | Explore influential Black voices, their historical contributions, and the power of Black love as a path towards understanding and dismantling white supremacy. | 5 hr 57 min | Oct 16, 2023 |
| Thinking for the Future - CBT | Become empowered with practical tools and insights to cultivate positive thinking patterns, enhance emotional well-being, and foster meaningful behavioral changes for a brighter future. | 5 hr 20 min | Oct 13, 2023 |
| MasterMind Course: Earning Freedom by Michael Santos | Gain valuable insights and guidance from Michael Santos's personal journey, leveraging his experiences to inspire personal transformation, reentry success, and a thriving future. | 4 hr 59 min | Oct 6, 2023 |
| Howard Schultz Business Leadership | This digital course is designed to captivate your intellectual curiosity and provide you with practical strategies to enhance your learning and career development. | 4 hr 09 min | Oct 1, 2023 |


| Course name | Overview | Time | Completed |
|---|---|---|---|
| Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration | This introductory course presents a practical approach to positive change and mental and emotional growth that will show you how to successfully transition back to your life, family, and community. | 2 hr 22 min | Sep 29, 2023 |
| Learn Your Strengths from Shining Light | Discover and develop your unique strengths, gaining practical tools and insights to enhance self-awareness, build positive relationships, and make a meaningful impact in any circumstance. | 2 hr 09 min | Sep 30, 2023 |
| CEO of Your Life Part 3: Homeless to CEO Success | Learn from Eric's inspiring journey from homelessness to CEO and gain essential communication, vocabulary, and critical thinking skills to overcome challenges and achieve your own goals. | 2 hr 06 min | Oct 3, 2023 |
| Apply Your Strengths from Shining Light | Become empowered to cultivate gratitude, self-regulation, positivity, and goal-setting skills, fostering tangible personal growth and a positive impact on themselves and their community. | 1 hr 56 min | Oct 3, 2023 |
| Introduction to Stress Management | Gain essential stress management strategies, uncover personal character strengths, harness inner power, and learn effective techniques to effectively manage stress. | 1 hr 23 min | Oct 6, 2023 |
| Illegal to Legal: Business Success for the (Formerly) Incarcerated | Gain the knowledge and skills to transition from illegal activities to legal entrepreneurship, providing opportunities for business success and personal transformation. | 1 hr 10 min | Oct 1, 2023 |
| CEO of Your Life Part 1: Humble Beginnings to CEO: With Terry | Discover Terry Merlin's transformative journey from adversity to triumph, inspiring you through resilience, healing, and entrepreneurial expertise for personal and professional empowerment. | 1 hr 09 min | Oct 2, 2023 |
| CEO of Your Life Part 7: The Importance of Accountability | Learn from James Patterson's journey, understand the significance of personal development and accountability, and strive to perform at one's highest potential. | 1 hr 08 min | Oct 10, 2023 |
| CEO of Your Life Part 6: Biz Development | Cultivate a strong work ethic, enhance communication skills, and develop critical-thinking abilities to empower Learners in achieving rewarding and meaningful careers. | 1 hr 05 min | Oct 9, 2023 |



| Course name | Overview | Time | Completed |
|---|---|---|---|
| Introduction to the 2nd Opportunity Programs | This introductory series of courses is designed to provide employment readiness, life skills, and re-entry assistance to those who are currently incarcerated and seeking to change. | 0 hr 37 min | Oct 18, 2023 |
| Make BIG TALK: Time | Learn how to engage in meaningful conversations by skipping small talk and exploring profound questions, fostering self-reflection and enhancing interpersonal connections. | 0 hr 33 min | Oct 2, 2023 |
| Make BIG TALK: Introduction | Explore personal perspectives, and understand how to foster authentic connections with others through the practice of "big talk," promoting self-reflection, empathy, and personal growth. | 0 hr 17 min | Sep 28, 2023 |


## Supplemental Learning - 12 hr 02 min

### Summary

Listed below are the top **12** supplemental interactive learning items Stephen has spent time on. In addition, Stephen has engaged with **3 readings** and **16 learning videos**.

| Title | Time |
| --- | --- |
| Introductory Psychology | 6 hr 17 min |
| Minnesota Commercial Driver's License Test | 3 hr 02 min |
| Rewired Program | 1 hr 02 min |
| PMI: Path of Freedom (v2022) | 0 hr 59 min |
| Neil deGrasse Tyson Teaches Scientific Thinking and Communication | 0 hr 27 min |
| Eric the Car Guy - Transmissions | 0 hr 06 min |
| Math - Addition, Subtraction, Multiplication, and Division | 0 hr 05 min |
| In the Courtroom | 0 hr 04 min |
| Introduction to Legal Studies | 0 hr 02 min |
| ECS01 - Welcome to Edwins Leadership and Restaurant Institute Culinary Series | 0 hr 01 min |
| Donna Farhi Teaches Yoga Foundations | 0 hr 01 min |
| Sherburne County, MN: USPS Price Hikes and Delays Article | 0 hr 01 min |