**parenting inside out**

# CERTIFICATE OF SUCCESSFUL COMPLETION
## PARENTING INSIDE OUT

THIS CERTIFIES

*Stephen Shepherd*

HAS ATTENDED AND COMPLETED 12 / 24 PROGRAM CLASS HOURS
PARENTING INSIDE OUT

WITH THE FOLLOWING CORE COMPONENTS:
**Communication, Problem Solving, Monitoring
Positive Reinforcement & Non-Violent Discipline Techniques**


*Parenting Coach*
Signature

Date June 29, 2023

Sherburne County Sheriff's Office